STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY
SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on June 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (NEWARK DIVISION)

| In Re: | |
|---|---|
| Raymond Ratliff<br>aka Ray Ratliff<br><br>Debtor(s) | Case No.: 19-28531-RG<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | | ☐ Followed | | ☒ Modified |

## ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 7, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

(page 2)
Debtor: Raymond Ratliff aka Ray Ratliff
Case Number: 19-28531-RG
Caption of Order: Order Granting Limited Relief from the Automatic Stay

Upon the Certification of U.S. Bank National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, by and through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to Real Property located at 140-142 Carolina Avenue, Irvington, NJ 07111, and the Opposition filed by Debtor Raymond Ratliff a/k/a Ray Ratliff, and after Notice and a Hearing, conducted on May 18, 2022, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is hereby vacated on a limited basis to permit the movant to institute or resume and prosecute <u>up to and including entry of Final Judgment in Foreclosure</u> in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the Real Property located at 140-140 Caroline Avenue, Irvington, New Jersey 07111.    IT IS FURTHER

ORDERED that movant must seek further relief of this Court prior to scheduling, noticing and/or otherwise taking any action with regard to a Sheriff Sale on the Property.  AND IT IS FURTHER

ORDERED that Debtor may seek the reinstatement of the Automatic Stay, at any point hereafter, upon a change of circumstances that results in the reinstatement of the post-petition delinquency on the loan.